IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| JAMES WASHBURN | § | |
| --- | --- | --- |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO 5:19-cv-01003 § |
| | § | |
| STATE FARM MUTUAL AUTOMOBILE | § | |
| INSURANCE COMPANY | § | |
| *Defendant.* | § | |
| | § | |

NOTICE OF REMOVAL

DEFENDANT, State Farm Mutual Automobile Insurance Company, files this Notice to remove from the 408th Judicial District Court of Bexar County, Texas to this Court, a suit styled James Washburn v. State Farm Insurance Company and docketed under Cause No. 2019CI13818.

**I.**
**STATEMENT OF JURISDICTIONAL BASIS FOR REMOVAL**

1. Removal is proper pursuant to 28 U.S.C.A. §1332(a)(1) because there is complete diversity between the parties and the damages claimed are in excess of $75,000.00.

**II.**
**TIMELINESS OF NOTICE OF REMOVAL**

2. This Notice is filed within 30 days of service of Plaintiff's Original Petition alleging damages in excess of the jurisdictional minimum required by this Court. Plaintiff's Original Petition was served on July 18, 2018.[1] Defendant is therefore entitled to remove the case.

**III.**
**NATURE OF PLAINTIFF'S CASE AGAINST DEFENDANT**

3. This suit involves a motor vehicle accident that occurred on or about May 24, 2018 in

---

[1] *See* Citation of Service of Plaintiff's Original Petition.

Bexar County, Texas. Plaintiff James Washburn claims personal injury damages as a result of this accident and has sued Defendant for breach of contract on the basis of the Underinsured Motorist provisions of Plaintiff's auto insurance policy.[2]

4. Plaintiff has sued State Farm Insurance Company, however the proper party is State Farm Mutual Automobile Insurance Company. As of August 16, 2019, Plaintiff has filed an Amended Petition properly naming State Farm Mutual Automobile Insurance Company.[3]

## IV.
## DIVERSITY JURISDICTION PERMITS REMOVAL AND VENUE IS PROPER

4. Pursuant to 28 U.S.C.A. §1332(a)(1), this Court has diversity jurisdiction. Plaintiff James Washburn is a citizen of Texas. Defendant State Farm Mutual Automobile Insurance Company is an Illinois corporation with its principal place of business in Bloomington, Illinois. Therefore, complete diversity of citizenship exists between Plaintiff and Defendant.

5. The amount in controversy is in excess of the jurisdictional minimum of $75,000.00, excluding interests and costs, as required by 28 U.S.C.A. §1332(a). Plaintiff seeks monetary relief over $1,000,000.00.[4]

6. Venue is proper in this Court pursuant to 28 U.S.C. §1446(a) because it is the district and division in which the State Court action is pending.

## VI.
## STATE COURT PLEADINGS FILED WITH NOTICE

7. As required by 28 U.S.C. §1446(a), true and correct copies of all process, pleadings,

---

[2] *See* Plaintiff's Original Petition.
[3] *See* Plaintiff's First Amended Petition.
[4] *Id.*

orders, and other filings in the State Court Action are attached to this notice as *Exhibit A*, and a list of all counsel of record, including addresses, telephone numbers and parties represented is attached as *Exhibit B*.

8. Pursuant to 28 U.S.C. §1446(d), Defendants will promptly give written notice of the filing of this notice of removal to Plaintiffs and will further file a copy of this notice with the District Clerk of Bexar County, Texas, where the State Court Action has been pending.

## VII.
## JURY DEMANDED BY PLAINTIFFS

9. Plaintiffs requested a trial by jury in the State Court Action.

## CONCLUSION

WHEREFORE, Defendant asks the Court to remove this suit to the United States District Court for the Western District of Texas, San Antonio Division, and respectfully request that this Court assume full jurisdiction of this proceeding for all purposes as if originally filed in this Court, including but not limited to issuing any orders necessary to stay proceedings in the State Court action, and for all other relief to which Defendant may be entitled.

Respectfully submitted,

By: _/s/ Sarah Pierce Cowen_
Sarah Pierce Cowen
State Bar No. 00787518
Federal ID No. 7973(Southern District)
sarah@cowengarza.com
COWEN & GARZA, LLP
506 E. Dove Avenue
McAllen, Texas 78504
T. (956) 994-9170
F. (956) 618-2324

ATTORNEY IN CHARGE FOR
DEFENDANT STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

OF COUNSEL:

Viola G. Garza
State Bar No. 00787518
viola@cowengarza.com
COWEN & GARZA, LLP
506 E. Dove Avenue
McAllen, Texas 78504
T. (956) 994-9170
F. (956) 618-2324
*WD admission application underway

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the of the preceding, Defendant's Notice of Removal has been filed electronically with the Clerk of the Court and notice of this filing will be sent by operation of the Court's electronic filing system and by facsimile to the following CM/ECF participants on this 16th day of August 2019.

*VIA FACSIMILE: (361) 985-0601*
*VIA EMAIL: kgelfand-svc@tjhlaw.com*
Kevin Gelfand
THE LAW OFFICES OF THOMAS J. HENRY
5711 University Heights
San Antonio, Texas 78249

            */s/Sarah Pierce Cowen*
            Sarah Pierce Cowen